UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HOUSE OF DIAMONDS, INC.,

        Plaintiff,

    v.

BORGIONI LLC, LIVADA DIAMOND CORP., J.
CHARLES AND COMPANY, INC. d/b/a J.
CHARLES CUSTOM JEWELERS, JOSEPH
ZRELAK, RHONDA A. BARTOLACCI,
TIFFANY A. BARTOLACCI, and JAN CHARLES
CHRISSAFIS,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Case No.: **08-CV-6760 (RJS)**
**ECF Case**

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for HOUSE OF DIAMONDS, INC. certifies that there are no corporate parents, affiliates and/or subsidiaries of said party.

Dated: New York, New York
       July 29, 2008

_____
Mark J. Eberle, Esq. (ME-7277)
Augustine & Eberle LLP
90 Broad Street, 25th Floor
New York, New York 10004
(212) 233-4185 (tel)
(212) 792-6580 (fax)

Attorneys for Plaintiff
House of Diamonds, Inc.