USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSE OF DIAMONDS,

                    Plaintiff,

        - against -

BORGIONI, LLC, et al.,

                    Defendants.

**JUDGMENT**

08 Civ. 6760 (RJS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having granted plaintiff House of Diamonds's motion for Summary Judgment by an Opinion and Order dated August 25, 2010,

**IT IS HEREBY ORDERED** that judgment be entered for House of Diamonds, and against Joseph Zrelak as follows; (1) **$118,985.50** in damages; (2) pre-judgment interest at 9% per annum beginning from January 1, 2008; and (3) post-judgment interest pursuant to 28 U.S.C. § 1961(a).

**SO ORDERED this 25th day of August 2010**
New York, New York

                                              The Honorable Ronald L. Ellis
                                              United States Magistrate Judge